**Order filed March 30, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00071-CV

_____

## IN RE OCCIDENTAL OIL & GAS CORPORATION ET AL.

---

### Original Mandamus Proceeding

---

### O R D E R

Relators have filed in this court an agreed motion to abate this proceeding. In the motion, Relators state that the parties have reached a tentative settlement agreement and that an abatement is sought to provide the parties time to draft and execute the necessary documents. Relators ask that this matter, including the deadline for the filing of the Real Party in Interest's response in this court, be abated until April 16, 2018.

The motion is granted, and the proceeding is abated. The parties are instructed to notify this court immediately if they enter into a final settlement agreement and to file an appropriate motion in this court based upon any such agreement. If the parties have not notified this court on or before April 16, 2018, that a final settlement

agreement has been reached, this proceeding will be reinstated and the Real Party in Interest's response will be due at that time.

PER CURIAM

March 30, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.